ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Adina Monae O'Neal            Docket No. 4:25-CR-14-1M

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Adina Monae O'Neal, who was arraigned and placed under pretrial release supervision by the Honorable Richard E. Myers II, Chief United States District Judge, sitting in the Court at Wilmington, on the 6th day of May, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant completed a substance abuse assessment, and the recommended treatment thereafter, on July 29, 2025. The counselor further recommended that O'Neal would benefit from additional services that target mental health symptoms. It is respectfully recommended that the court include the mental health treatment condition as outlined below on the existing conditions of pretrial release. O'Neal signed a waiver agreeing to the proposed modification, and her counsel stated no objection to modification.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Matthew A. Fmura
Matthew A. Fmura
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2345
Executed On: August 7, 2025

### ORDER OF THE COURT

Considered and ordered the 8th day of August, 2025, and ordered filed and made part of the records in the above case.

Richard E. Myers II
Chief United States District Judge